IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAS ADISA GAMBA,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JEANNE S. WOODFORD, et al.,**<br><br>　　　　　　　　　　　　Defendants. | CASE NO. CIV S-05-1285 MCE JFM P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

　　　　Defendant's first request for an extension of time to file a responsive pleading to Plaintiff's complaint was considered by this Court, and good cause appearing,

　　　　**IT IS HEREBY ORDERED** that from the date this order is served, Defendant has 30 days to file their response to Plaintiff's complaint.

DATED: December 21, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ John F. Moulds_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

gamb1285.ext