UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS ADISA GAMBA OLUWA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JEANNE S. WOODFORD, Director,<br><br>Defendant - Appellee. | No.  06-16440<br>D.C. No.  CV-05-01285-MCE<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: __SEP 19 2006__